IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No.09-CR-30130-MJR |
| ) | |
| WILLIAM J. STEPNEY, ) | |
| ) | |
| Defendant. ) | |

**MEMORANDUM AND ORDER**
**ADOPTING REPORT & RECOMMENDATION AND**
<u>**ACCEPTING DEFENDANT'S GUILTY PLEA**</u>

REAGAN, District Judge:

On November 12, 2009, the parties appeared before the Honorable Clifford J. Proud, United States Magistrate Judge. Pursuant to Federal Rule of Criminal Procedure 11 and Southern District of Illinois Local Rule 72.1(b)(2), with the consent of all parties and following a thorough colloquy, Defendant Stepney entered a guilty plea as to Counts 1 and 4 of the indictment (relinquishing any interest in the property described in Count 4, the forfeiture count). The Government already secured dismissal of Count 3 of the indictment (see Doc. 17) and announced that it will dismiss Count 2 at sentencing.

By Report and Recommendation filed November 13, 2009 (Doc. 23), Judge Proud recommends that the undersigned District Judge accept Defendant's guilty plea, find Defendant guilty, direct the Probation Office to prepare a presentence investigation report, and schedule sentencing herein. The parties were given an opportunity to object to Judge Proud's Report and Recommendation. That deadline has elapsed without any party filing objections.

Accordingly, the Court **ADOPTS** in its entirety the Report and Recommendation (Doc. 23), **ACCEPTS** Defendant Stepney's guilty plea, and **ADJUDGES** Defendant Stepney guilty of the offenses set forth therein. The Court **DIRECTS** the United States Probation Office to prepare a presentence investigation report. Finally, the Court **CONFIRMS that SENTENCING** shall proceed at **1:30 pm on March 19, 2010**.

It Is So Ordered.

Dated: December 2, 2009.

s/Michael J. Reagan
MICHAEL J. REAGAN
United States District Judge